# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                                           **Case No. 13-CR-090**

**VERONICA VARGAS**
    **Defendant.**

## ORDER

The Marshals Service having advised the court that the USM # in defendant's judgment is incorrect,

**IT IS ORDERED** that an amended judgment issue pursuant to Fed. R. Crim. P. 36 correcting the USM # to "12230-089."

Dated at Milwaukee, Wisconsin, this 13th day of January, 2014.

                                              s/ Lynn Adelman
                                            LYNN ADELMAN
                                            District Judge